UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────

**UNITED STATES OF AMERICA**

      - against -                20 Cr. 109 (JGK)

**MARVIN GAMONEDA,**                <u>ORDER</u>

           **Defendant.**
───────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

A teleconference will be held on Marvin Gamoneda's motion on April 10, 2020 at 11:00 AM. A representative from Pre-Trial Services is requested to appear. The parties should call in to (888)-363-4749 and use access code 8140049.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **April 6, 2020**              /s/ John G. Koeltl
                                                  **John G. Koeltl**
                                      **United States District Judge**