```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

**UNITED STATES OF AMERICA**

    - against -                           20 Cr. 109 (JGK)

**MARVIN GAMONEDA,**                      <u>ORDER</u>

               **Defendant.**

**JOHN G. KOELTL, District Judge:**

For the reasons stated on the record at the teleconference on April 10, 2020, the defendant's request for release is **denied without prejudice** to renewal.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **April 10, 2020**                   <u>/s/ John G. Koeltl</u>
                                                 **John G. Koeltl**
                                     **United States District Judge**