UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

| | |
|---|---|
| UNITED STATES OF AMERICA, | 20-cr-109 (JGK) |
| - against - | ORDER |
| MARVIN GAMONEDA, | |
| Defendant. | |

---

**JOHN G. KOELTL, District Judge:**

On October 6, 2020, the Court received a letter from the defendant, Marvin Gamoneda.  Because the letter refers to conversations between the defendant and defense counsel, the letter will be filed under seal and provided only to defense counsel.  The Court will schedule a conference with the parties.

SO ORDERED.

Dated:   New York, New York
        October 7, 2020

                                    _____
                                    John G. Koeltl
                                    United States District Judge