

**MORVILLO** PLLC

GREGORY MORVILLO
(646) 831-1531
GM@MorvilloPLLC.com
www.MorvilloPLLC.com

October 14, 2020

**VIA ECF**

Hon. John G. Koelte
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 10/15/2020

Re: **United States v. Marvin Gamoneda**
**20-cr-109 (JGK)**

Dear Judge Koeltl:

The undersigned represents Marvin Gamoneda, pursuant to the Criminal Justice Act, in the above captioned matter.

Pre-trial motions are currently due on October 23, the same day the Court has scheduled a hearing regarding a letter from Mr. Gamoneda regarding counsel. We respectfully request that the Court adjourn that date for Mr. Gamoneda pending the outcome of the October 23 hearing. AUSA Chan advises the government has no objection to this request.

Thank you for your consideration in this matter. I am, of course, available to provide more information at the Court's convenience.

Respectfully,

APPLICATION GRANTED
SO ORDERED
/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.

MORVILLO PLLC

BY: _____/s/_____

Gregory Morvillo