March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

            -v-

Marvin Gamoneda

            Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

20 -CR- 109 (   ) JGK

Defendant __Marvin Gamoneda__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

✓ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

__Marvin Gamoneda__
Print Defendant's Name

_____
Defense Counsel's Signature

__Gregory Morvillo__
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

10/23/20
Date

_____
U.S. District Judge/U.S. Magistrate Judge