UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

        -against-                                                20 cr 109-01 (JGK)

MARVIN GAMONEDA,                                  **ORDER**
                    Defendant.
-----------------------------------------------------------X

        It is hereby ordered that Kenneth Montgomery, Esq., be appointed as counsel for the defendant, Marvin Gamoneda, for all purposes, replacing Gregory Morvillo and Diane Ferrone. The appointment shall be nunc pro tunc as of October 23, 2020.

**SO ORDERED.**

                                                           **JOHN G. KOELTL**
                                           **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         November 13, 2020