UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X

UNITED STATES OF AMERICA          :

    -v-                               :   20-CR-109 (JGK)

MARVIN GAMONEDA, ET AL.,          :   ORDER

        Defendants.              :

-------------------------------------- X

JOHN G. KOELTL, United States District Judge:

    As stated at the conference held today, **November 13, 2020**, the next conference will be held on **December 11, 2020** at **9:00 a.m.**

    SO ORDERED.

Dated: November 13, 2020
       New York, New York

                                          John G. Koeltl
                                    United States District Judge