UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                                                             20 cr 109 (JGK)

       -against-

MARVIN GAMONEDA,
                       Defendant.
-------------------------------------------------------------X

        The Court received the enclosed letter from the defendant. The defendant is again cautioned that he should submit letters to the Court only through his attorney. The Government should respond to this communication, and the last communication, within ten (10) days.

**SO ORDERED.**

                                                                     /s/John G. Koeltl
                                                             **JOHN G. KOELTL**
                                                 **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         January 25, 2021

TO: honorable/mr Koeltl
From: Marvin Gamoneda 764-M-054

Good morning and/or Good afternoon

Your honor I'm reaching out to inform you about what's going on in (MCC). I've been quarantine for over (2 month's) my reason for being in quarantine is my (emergency room visits) on (11-13-20 / 12-10-20) for my (right leg) and (my left eye) since than I've been restarted over (3 times) cause of multiple positive (cov-19) cases in the quarantine unit. I've been tested over (5 times) all my test has been negative and I'm still being held in quarantine I was told I was clear to leave this month now im being restarted all over again cause theres been more (cov-19 positive cases) your honor I am not safe in this facility This facility is not prepare we are not being provided cleaning supplees or medical care we are being expose to this deadly virus daily. Officers are exposing inmates, inmates are exposing other inmates I am being expose to this virus very easly I am scared for my health and my life. I am already going through my own medical issuses even if I go back to population I'll be returning back to quarantine because I have to go to a specialist for my eyes and my body I'll be going back and fourth to the hospital over these month. Your honor we are lock in our cells for over (167 hours a week) we are only allowed to shower (3 times) a week theres 2 people per cell. Your honor we are not allowed to use the discovery computer the law library computer as well The whole facility is unperpare and under staff. Your honor I am humbly asking to please help me to please give me a chance to be release on (home confinement) or in a (inpatient program) under every and any condition you impose. I am struggling with my physical and mental health please mr koeltl help me I need my family I need to get the right medical care I need to work on my case I need to be mentaly stable so I could make the right choice not just for me but for my family as well Theres been over (20) positive (cov-19) cases in the past (3 months) alone, besides the past positive cov-19 cases in the past (11-months) This building is not safe please your honor at least in a inpatient program with a ankle monitor as well. I'm sorry for reaching out with my problems I know you have your own problems to worry about but I dont know what else to do I need help and you are the only one That could help me please mr koeltl give me a chance please. Thank you for taking the time to read my letter be good and stay blessed ☮ ♡