**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------

**UNITED STATES OF AMERICA**

       - against -                            20-cr-109-1 (JGK)

**MARVIN GAMONEDA,**                                **ORDER**

           **Defendant.**
------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    On January 5, 2021, the Government made an ex parte submission to the Court explaining why certain witness information with respect to one witness should only be disclosed to the defense 30 days before trial rather than 60 days, as the Government has agreed with respect to certain other witnesses. The ex parte submission shows good cause for delaying disclosure of the information with respect to the additional witness and also explains good cause for filing that information ex parte and under seal. The application is therefore **granted**. The Government may defer disclosing the information at issue until 30 days before trial and the Government's January 5, 2021 letter may be filed under seal.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **January 26, 2021**              /s/ John G. Koeltl
                                                         **John G. Koeltl**
                                           **United States District Judge**