**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------

**UNITED STATES OF AMERICA**

       - against -                         20-cr-109-1 (JGK)

**MARVIN GAMONEDA,**                     **ORDER**

              Defendant.

------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    The Government should report back to the Court within seven days on the medical treatment that the defendant is receiving at the MCC.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **February 8, 2021**         /s/ John G. Koeltl
                                                John G. Koeltl
                                    **United States District Judge**