**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------

**UNITED STATES OF AMERICA**

        - against -                                        20 Cr. 109 (JGK)

**MARVIN GAMONEDA ET AL.,**                     ORDER

        **Defendants.**
------------------------------------------------

**JOHN G. KOELTL, District Judge:**

Due to changes in the Court's trial calendar, the trial is rescheduled to begin on **May 11, 2021.**

Accordingly, Rule 404(b) disclosures are due **March 19, 2021.** Motions in limine, requests to charge, and proposed voir dire are due **April 2, 2021,** and responses are due **April 9, 2021.** The final pre-trial conference will be held on **May 6, 2021** at **12 p.m.**

**SO ORDERED.**

**Dated:**    **New York, New York**
            **March 1, 2021**                      /s/ John G. Koeltl
                                                 **John G. Koeltl**
                                    **United States District Judge**