# LAW OFFICE OF KENNETH J. MONTGOMERY P.L.L.C.
# 198 ROGERS AVENUE
# BROOKLYN, NEW YORK 11225
# PH (718) 403-9261 FAX (347) 402-7103
# ken@kjmontgomerylaw.com

July 6, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 7-8-21

**Via ECF**
The Honorable John G. Koeltl
United States District Judge
500 Pearl Street
New York, New York 10007

**RE: United States v. Marvin Gamoneda**
**Criminal Docket 20 CR 109 (JGK)**

Dear Judge Koeltl:

As the Court is aware Mr. Gamoneda's sentencing is scheduled for 7/30/21. I write this letter to the Court to request an adjournment of the sentencing to the week of September 1st. My mitigation specialist needs additional time to finish conducting interviews and completing the report. I have spoken to the Government and they have no objection to my request.

Thank you for the Court's time and consideration.

*ADJOURNED TO FRIDAY, SEPTEMBER 17, 2021, AT 9:00AM.*

*SO ORDERED.*

*[signature]*
*7/8/21   USDJ*

Respectfully,

*Kenneth J. Montgomery*

Law Office of KJM PLLC
Attorney for Marvin Gamoneda
198 Rogers Avenue
Brooklyn, New York 11225