UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

          - against -

MARVIN GAMONEDA,

                 Defendant.

20-cr-109 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The Court has received the attached letter in connection with sentencing in this case.

SO ORDERED.

Dated:    New York, New York
           October 8, 2021

                                     /s/ John G. Koeltl
                                     John G. Koeltl
                              United States District Judge

①


RECEIVED OCT 08 2021 CHAMBERS OF JOHN G. KOELTL U.S.D.J.

Good morning Your Honorable Judge Koeltl

I'm writing you in regards to express my deepest apologies to all those who were hurt or affected... directly or indirectly by the many actions that brought me in your courtroom for this case. Your honor I would like to explain how deeply I regret the day that everything occured and how I wish I could take it all back.

I now see how badly I messed up that day and how my idiotic decisions ended up hurting so many people.

I first and foremost want to apologize to the young female who was injured during all this. I know first hand exactly how much one major injury can mentally & physically traumatize someone for many years after the incident and to know I was the one that caused this kinda pain to another person has made me extremely

(2)

remorseful and forever indebted to that young woman.

By having a young daughter and being a parent myself I can only imagine the heartache & confusion I caused the family and for that I'm truely & deeply sorry for being a part of.

Secondly I would also like to apologize to the family of Mr. Cruz for my actions against him and the anguish they must feel from this being brought back to the forefront of there lives while they are trying to heal from the lose of their loved one.

I would also like to apologize to my mother, my children and my fiancée. I now fully see that they also pay for the mistakes & desicions I make and they are the ones that have chosen to help with the hardships that will come with the sentence I will receive. It hurts me to the core to know that I have affected so many people negatively with the

③

insanely stupid & impulsive act that I myself committed. Now do to my misdeeds I will not able to be there for them as I should be able too. I will no longer be able to help my mother with her day to day activities as I used too. It has also put a tremendous strain between me and my children because I havent seen or spoken to them in the last twenty monthes that I have been incarcerated. I have done to them the same thing that was done to me as a child, deprived them of a loving father thats a part of their day to day life. It now has me going thru issues with my children's mother that I never went thru with them before.

In all honesty your Honor I just dont want to live the lifestyle that I've grown accustom to living these last couple years anymore. I feel it's time for a change and I

④

have come to realize that the only way I will be able to achieve this is thru admitting my faults and taking the consequences that come with breaking the law as I have. I'm tired of hurting all the people who love and care for me, I just want to be there with them and for them as they need me to be. This life I was living has exhausted me your Honor, I just want to be the family man I've always wanted to be at heart and get back to my own family as soon as possible.

As you have hopefully read in my mitigating report, prior to my incarceration I was re-establishing a relationship with my children which now, as I mentioned earlier, has deteriorated to nothing your honor. As was also stated in the report my fiancée Stephanie of four years was helping me to completely change my life around for the better in all aspects.

(5)

She gave me a new outlook on life & a renewed passion to live it to the fullest prior to my incarceration.

I was honestly living a law abiding normal life without was helping me feel good about the positive prospects I had before me and the great times I got to spend with my loved ones before being imprisoned your Honor and I can't wait till the day when I can get back to my family & those times again.

Thru out my childhood & adolescence I used to harbor anger towards my father and life in general for things that occured to me in my life. Now as I've matured into adulthood I realize that things happen that are beyond our control and we have to forgive people of their shortcomings as I forgave my father and hopefully god willing those who I've pained can forgive me

⑥

Of all the goals I had in my life, trying to be the greatest father I can be has been a constant. Thru out the last five years of my life and throughout my incarceration I have tryed to grow to become the dependable family man that my family has come to love and depend on at any & all given times.

I would also like to apologize to you, my lawyer, the court and everyone else involved thru out this process for taking up their time and energy to help deal with my mistakes.

I honestly wish we could have meet under different circumstances your Honor so you could see that I'm a better and smarter man than this mistake makes me out to be. I dont want these actions that I displayed to be the things that define me in the eyes of the court.

In closing these last 20 months have bring me to the realization

(7)

that I wanna continue to evolve and grow towards continuing to change my life for the better and I'm just asking that you your Honor find it in your heart to give me a second chance to prove to myself, my family and everyone else who has placed their faith in me that I can get past this tumolteous time in my life and grow to become the stand up indivual I want to become for myself and everyone who cares for me. I know I have to pay for the mistakes I committed your Honor, I just ask that the court bestow some leiniency upon me and allow me to get back to my loved ones as fast as possible so I can finish becoming the man I always wanted to be

Thank you for granting me this time to corespond with you your Honor, Hopefully you and everyone else can accept my apoltgizes and see

⑧

That I'm sincerely sorry for any harm I helped inflict and I just ask that I be granted a chance to get back once again to achieving some constructive goals in my life and time with my loved ones as soon as I god willingly can you Honor

Thank you once again for your time and god bless you

Sincerely,
Marvin Gamoneda

MANIN GAMONEDA
REG # 164.14.054
M.D.C.
PO Box 329 002
Brooklyn NY
ZIP # 11232

USMP3
SDNY

John G Koeltl
500 Pearl Street
New York NY
ZIP # 10007