```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

MARVIN GAMONEDA,                                22-cv-6090 (JGK)

        Plaintiff,                     ORDER

  - against -

UNITED STATES OF AMERICA,

        Defendant.

**JOHN G. KOELTL, District Judge:**

    In an Order docketed on August 1, 2022, the Court directed the Criminal Division of the U.S. Attorney's Office for the Southern District of New York to file an answer or other pleading in response to the movant Marvin Gamoneda's 28 U.S.C. § 2255 motion within 60 days of the date of that Order. See ECF No. 3. To date, no such answer or response has been filed. The time for the Government to answer or otherwise respond to the motion is extended to **January 9, 2023.** The movant shall have 30 days from the date on which the movant is served with the Government's answer or response to file a reply. All further papers filed or submitted for filing must include the docket number for the underlying criminal proceeding, United States v. Marvin Gamoneda, No. 20-cr-109, and will be docketed in the criminal case.

The Clerk of Court shall electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued. The Clerk is also directed to docket a copy of this Order on the related criminal docket, No. 20-cr-109, and to mail a copy of this Order to the movant and note such mailing on the docket.

**SO ORDERED.**

Dated:   New York, New York
         November 9, 2022

                                          _____
                                              John G. Koeltl
                                          United States District Judge