UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

| | |
|---|---|
| UNITED STATES OF AMERICA, | 20-cr-109 (JGK) |
| - against - | ORDER |
| MARVIN GAMONEDA, | |
| Defendant. | |

───────────────────────────────

**JOHN G. KOELTL, District Judge:**

The Clerk of Court is respectfully directed to mail a copy of this Court's Order regarding the Attorney-Client Privilege Waiver, signed and dated November 11, 2022, to the 28 U.S.C. § 2255 movant Marvin Gamoneda and to note such mailing on the docket.

**SO ORDERED.**

Dated:   New York, New York
         November 11, 2022

                                    /s/ John G. Koeltl
                                    ──────────────────
                                    John G. Koeltl
                                    United States District Judge