UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    - against -                           20-cr-109 (JGK)

MARVIN GAMONEDA,                        ORDER

              Defendant.

JOHN G. KOELTL, District Judge:

    The defendant may reply to the Government's opposition to the defendant's motion to vacate by **August 10, 2023**.

    The Clerk is directed to mail a copy of this Order to the defendant and to note such mailing on the docket.

SO ORDERED.

Dated:    New York, New York
           July 10, 2023

                                          John G. Koeltl
                                    United States District Judge