```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

UNITED STATES OF AMERICA,

    - against -

MARVIN GAMONEDA,

           Defendant.

20-cr-109 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

On July 10, 2023, this Court entered an order setting a deadline of August 10, 2023 for the defendant's reply in support of his 28 U.S.C. § 2255 motion. ECF No. 129. The defendant has since submitted a letter requesting an extension of time. ECF No. 130. The defendant's request for an extension of time to file his reply is **granted.** The defendant's reply in support of his 28 U.S.C. § 2255 motion is due on **October 13, 2023.**

The Clerk is directed to mail a copy of this Order to the pro se defendant and to note such mailing on the docket. Because the defendant's letter also indicates that he "lost some papers" related to his case, ECF No. 130, the Clerk is directed to include the Government's opposition papers (ECF Nos. 127, 128) in the mailing, to ensure that the plaintiff is able to prepare his reply.

**SO ORDERED.**

Dated:    New York, New York
            September 8, 2023

                                               John G. Koeltl
                                      **United States District Judge**